ISAAC H. WINER, ESQ. (Bar No. 162792)
LAW OFFICE OF ISAAC H. WINER
(ihw@ihwlaw.com)
2306 Ross Road
Palo Alto, California 94303-3621
Phone (650) 330-0110
Fax (650) 618-1886
Attorney for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIDGELUX, INC., formerly known as ELITE OPTOELECTRONICS, INC., a Delaware corporation, and HENG LIU, Ph.D., an individual,<br><br>Petitioners,<br><br>v.<br><br>ENSURE ENTERPRISE, INC., a Maryland corporation, and JONG-PING HSU, Ph.D., an individual,<br><br>Respondents. | Case No. C-08-4576 JW<br><br>JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that the time for Respondents to answer or otherwise respond to Petitioners' "Petition To Confirm Arbitration Award" (the "Petition") shall be continued and extended from November 20, 2008 to and including December 17, 2008.

IT IS FURTHER STIPULATED that Respondents do not contest the mail-service upon them by Petitioners of the Summons, Petition and related papers which Petitioners' counsel mailed to Respondents on October 20, 2008. Pursuant to Cal. Code Civ. Proc. § 415.40, Respondents accept and stipulate that service of said papers became effective 10 ten days after October 20, 2008, or October 30, 2008.

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO PETITION TO CONFIRM ARBITRATION AWARD                                                                 C 08-4576 JW

1

This is the first extension that Respondents have sought to respond to the Petition.

DATED: November 17, 2008

                                                      Christopher J. Sundermeier, Esq.
                                                      Attorney for Petitioners

DATED: November 19, 2008

                                                        Isaac H. Winer, Esq.
                                                        Attorney for Respondents

[Proposed] Order follows on next page]

JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND
TO PETITION TO CONFIRM ARBITRATION AWARD                           C 08-4576 JW

**ORDER**

The Court, having reviewed and considered the foregoing stipulation of the parties, hereby adopts the stipulation and ORDERS that Respondents are HEREBY GRANTED an extension of time to answer or otherwise respond to the Petition, from November 20, 2008 to and including December 17, 2008.

IT IS SO ORDERED.

DATED:  November 24, 2008

_____
Judge James Ware
UNITED STATES DISTRICT COURT