UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRIDGELUX, INC., et al.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ENSURE ENTERPRISE, INC., et al.,<br><br>　　　　　Defendants. | Case No.  C-08-4576 (HRL)<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

　　Constantine A. Hortis, an active member in good standing of the bar of Maryland, whose business address and telephone number is Venable LLP, 750 East Pratt Street, Suite 900 Baltimore, MD 21202, (410) 244-7493, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, having been retained by Bridgelux, Inc. and specially appearing in that capacity in the above-titled action,

　　IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice*.  Service of papers upon and communication with counsel designated in the application will constitute notice to the party.  All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:  ____Jan 30____, 2009

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　James Ware
　　　　　　　　　　　　　　　　　　　　　　United States District Judge